**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JUL 2 8 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No ) |
| JASON L. BROWN, | ) **4:21CR00419 JAR/SRW** ) ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about the April 8, 2021, in St. Louis City within the Eastern District of Missouri,

**JASON L. BROWN,**

did knowingly escape or attempt to escape from custody at the Dismas House, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Southern District of Illinois, case number 3:13-CR-30028-NJR, upon conviction for the commission of Possession of a Stolen Firearm, in violation of 18, United States Code, Section 922(j) and Drug User and Addict in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(3).

In violation of Title 18, United States Code, Section 751.

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
DANIEL JAMES, #53370MO
Special Assistant United States Attorney